UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CHRISTAL G. BIBLE | ) | |
| | ) | |
| v. | ) | NO. 2:10-CV-74 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 29, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 10], be granted insofar as it seeks a remand. The magistrate judge also recommends that defendant's motion for summary judgment, [Doc. 17], be denied. Neither party has filed objections to this recommendation. Thus, after careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and

1

**APPROVED**, [Doc. 19], that the plaintiff's motion for summary judgment, [Doc. 10], is **GRANTED** insofar as it is **REMANDED** and that defendant's motion for summary judgment, [Doc. 17], is **DENIED**. It is further **ORDERED** that this case is **REMANDED** to for further evaluation of the plaintiff's mental impairment.

 E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
